*April 9, 1940.*

MIELKE, Appellant, vs. MARKMAN and another, Respondents.

For the appellant: *William J. Geenen* of Appleton.

For the respondents: *Benton, Bosser, Becker & Parnell* of Appleton.

*By the Court.*—Judgment affirmed.

KUESTER, Appellant, vs. WISCONSIN PUBLIC SERVICE CORPORATION, Respondent.

For the appellant: *Forkin & Adams* of Menasha, attorneys, and *Thomas C. Dwyer* of Green Bay of counsel.

For the respondent: *Everson, Ryan & Hanaway* of Green Bay.

*By the Court.*—Judgment affirmed.

CREAMERY PACKAGE MANUFACTURING COMPANY and another, Appellants, vs. INDUSTRIAL COMMISSION and another, Respondents.

For the appellants: *Otjen & Otjen* of Milwaukee.

For the respondent Industrial Commission: *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondent August F. Punzel: *Smith & Kelley* of Fort Atkinson.

*By the Court.*—Judgment affirmed.